# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN M. COURTNEY,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:18-cv-01244-SAB<br><br>ORDER STRIKING PLAINTIFF'S SURREPLY<br><br>(ECF No. 23) |

Plaintiff Colleen M. Courtney ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for disability benefits pursuant to the Social Security Act. On February 19, 2019, Defendant filed a motion to dismiss this action for lack of jurisdiction. (ECF No. 13.) On March 4, 2019, Plaintiff filed what she titled a "motion to oppose Defendant's motion to dismiss," and a "motion to dismiss Defendant's motion to dismiss," which the Court construes as an opposition to Defendant's motion to dismiss. (ECF No. 17 (capitalization altered).) On March 7, 2019, Defendant filed a reply in support of the motion to dismiss. (ECF No. 19.) On March 18, 2019, Plaintiff filed what she titled a "response to Defendants in support of their motion to dismiss complaints." (ECF No. 23 (capitalization altered).) The court construes the March 18 filing (ECF No. 23) as a surreply to Defendant's reply (ECF No. 19).

1 | The Local Rules of the Eastern District of California provide for a motion, an opposition, and a reply. L.R. 230. Neither the Local Rules nor the Federal Rules provide the right to file a surreply, and the Court neither requested a surreply nor granted a request on the behalf of Plaintiff to file one.

Accordingly, Plaintiff's surreply, filed March 18, 2019 (ECF No. 23), is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated: __**March 19, 2019**__

UNITED STATES MAGISTRATE JUDGE