# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN M. COURTNEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:18-cv-01244-LJO-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CASE<br><br>(ECF Nos. 13, 27, 29) |

　　　　Plaintiff Colleen M. Courtney ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed this action seeking judicial review of a non-final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") regarding her disability benefits pursuant to the Social Security Act. On February 19, 2019, Defendant filed a motion to dismiss this action for lack of jurisdiction due to Plaintiff's failure to obtain a final decision and to exhaust administrative remedies. (ECF No. 13.)

　　　　On March 26, 2019, the magistrate judge filed findings and recommendations recommending that Defendant's motion to dismiss for lack of jurisdiction be granted. (ECF No. 27.) The findings and recommendations were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within thirty days from the date of service. On April 18, 2019, Plaintiff timely filed objections (ECF No. 29), to which the Commissioner responded. (ECF No. 30.)

1  ///

2        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
3  de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's
4  objections, the court finds the findings and recommendations to be supported by the record and
5  by proper analysis.

6        Accordingly, IT IS HEREBY ORDERED that:

7    1.   The findings and recommendations, filed March 26, 2019 (ECF No. 27), are
8        ADOPTED IN FULL; and

9    2.   The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated: **April 26, 2019**        **/s/ Lawrence J. O'Neill**
                                     UNITED STATES CHIEF DISTRICT JUDGE