# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN M. COURTNEY,<br><br>        Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>        Defendant. | Case No. 1:18-cv-01244-LJO-SAB<br><br>ORDER DENYING PLAINTIFF'S MOTION<br>FOR IMMEDIATE RELIEF<br><br>(ECF No. 33) |

Plaintiff Colleen M. Courtney ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed this action seeking judicial review of a non-final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") regarding her disability benefits pursuant to the Social Security Act. On February 19, 2019, Defendant filed a motion to dismiss this action for lack of jurisdiction due to Plaintiff's failure to obtain a final decision and to exhaust administrative remedies. (ECF No. 13.)

On March 26, 2019, the magistrate judge filed findings and recommendations recommending that Defendant's motion to dismiss for lack of jurisdiction be granted. (ECF No. 27.) The findings and recommendations were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within thirty days from the date of service. On April 18, 2019, Plaintiff timely filed objections (ECF No. 29), to which the Commissioner responded. (ECF No. 30.) In accordance with the provisions of 28 U.S.C. §

636(b)(1)(C), this court conducted a de novo review of this case, including the objections filed by Plaintiff, and adopted the findings and recommendations in full, entering judgment in favor of Defendant on April 29, 2019.  (ECF Nos. 31, 32.)

On April 29, 2019, the Court filed a motion submitted by Plaintiff, styled as a motion requesting a court order for immediate relief in relation to objections to the magistrate judge's findings and recommendations.  In her motion, Plaintiff appears to be arguing that the representative from the Social Security office who submitted a declaration in support of Defendant's motion to dismiss made false statements in such declaration regarding Plaintiff's interactions with the office, and that the U.S. Attorneys handling the matter assisted with this deception.  (ECF No. 33.)  Plaintiff also states she is resubmitting what she styles a continuing complaint brief and requests immediate relief because of her financial situation.  (Id.)

Plaintiff's motion presents no new arguments or objections that were not previously presented by Plaintiff in her objections submitted on April 18, 2019 (ECF No. 29 at 31-33), which were fully considered by the undersigned in the de novo review of the magistrate judge's findings and recommendations.  (ECF Nos. 27, 31.)  The undersigned adopted the findings and recommendations in full, and this case has been closed.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion (ECF No. 33) is DENIED as moot.

IT IS SO ORDERED.

Dated:  __**May 7, 2019**__              _____**/s/ Lawrence J. O'Neill**_____
                                         UNITED STATES CHIEF DISTRICT JUDGE