# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN M. COURTNEY,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No.  1:18-cv-01244-DAD-SAB<br><br>ORDER DENYING MOTION FOR LEAVE TO PROCEED ON APPEAL *IN FORMA PAUPERIS* AS MOOT<br><br>(ECF No. 55) |

On September 22, 2021, the Court dismissed this action for lack of subject matter jurisdiction and entered judgment for Defendant.  (ECF Nos. 51, 52.)  On October 6, 2021, Plaintiff Colleen M. Courtney, proceeding in this matter *pro se*, filed a notice of appeal and a motion to proceed *in forma pauperis* on appeal.  (ECF Nos. 53, 55.)

However, Federal Rule of Appellate Procedure 24(a)(3) provides that "a party who was permitted to proceed *in forma pauperis* in the district-court action . . . may proceed on appeal *in forma pauperis* without further authorization, unless" an exception is applicable.  In this case, Plaintiff was permitted to proceed *in forma pauperis* in this Court and neither of the two exceptions are applicable.  Therefore, Plaintiff need not submit a motion to proceed *in forma pauperis* on appeal.

///

///

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to proceed *in forma pauperis* on appeal (ECF No. 55) is DENIED AS MOOT.

IT IS SO ORDERED.

Dated:  **October 8, 2021**

UNITED STATES MAGISTRATE JUDGE